NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.  1:14-bk-10982-MT |
| FAY ABDI SAGATI, | Chapter 7 |
| Debtor. | APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER; DECLARATION OF DISINTERESTEDNESS |
| | [No Hearing Required] |

Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") for the above-captioned bankruptcy estate (the "Estate"), applies to the Court for approval to employ Rodeo Realty, Inc. ("Broker") as real estate broker and represents as follows:

1.   On February 26, 2014, Fay Abdi Sagati ("Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code commencing the above-captioned bankruptcy case assigned case no. 1:14-bk-10982-MT (the "Case").

2.   Nancy Hoffmeier Zamora is the duly appointed Chapter 7 Trustee for the Estate.

3.   The assets of the Estate include certain residential real property, commonly known as 7044 Dume Drive, Malibu,

California 90265 (the "Residential Property") and 21641 Pacific

Coast Highway, Malibu, California 90265 (the "Rental Property"),

and certain undeveloped real property identified as Los Angeles

County Assessor's Parcel Number 4452-024-002 and located in

Malibu, California (the "Vacant Land" collectively with the

Residential Property and the Rental Property, the "Real

Property").  Trustee's investigation, with the assistance of

Broker, reveals that the Residential Property has a fair market

value of approximately $2,499,000.00, the Rental Property has a

fair market value of approximately $1,499,000.00, and the Vacant

Land has a fair market value of approximately $249,000.00.

    4.   Trustee requires the assistance of a professional real

estate broker to accomplish the following tasks:

    a.   Order, analyze, and prepare all documentation necessary
to list and advertise the Real Property for sale.

    b.   List the Real Property with the most propitious listing
services available, inspect the Real Property as
necessary to respond to the inquiries of potential
purchasers, and solicit reasonable offers from
potential purchasers.

    c.   Convey all reasonable purchase offers to Trustee and
Trustee's counsel, if any, and, subject to Trustee's
approval, negotiate and confirm the acceptance of the
best offers.

    d.   Cause to be prepared and submitted to escrow on behalf
of Trustee any and all documents necessary to
consummate sales of the Real Property.

.  .  .  .  .

5.    For the foregoing and all other necessary and proper purposes, Trustee applies to retain the real estate brokerage services of Broker.

6.    Trustee asserts that Broker is well qualified to render real estate brokerage services because of Broker's extensive experience and success in marketing and selling residential real properties, undeveloped land, commercial property, and businesses in and around Los Angeles County and Ventura County, California. A true and correct copy of the resume of Broker and the agents that Broker intends to utilize in marketing and selling the Real Property, detailing their experience, is attached hereto as Exhibit B and incorporated herein by reference.

7.    True and correct copies of the proposed listing agreements, entitled "Exclusive Authorization and Right to Sell Agreement" (the "Listing Agreements"), are attached hereto as Exhibit C and incorporated herein by reference.  The Listing Agreements for the Real Property provides, inter alia, that Broker is to be paid, at the time of closing, a commission of six percent (6%) of the gross price from the sale of the Residential Property and the Rental Property and a commission of ten percent (10%) of the gross price from the sale of the Vacant Land.

8.    Broker is an established, active, and reputable real estate brokerage.  Trustee has no connections with Broker nor with any of Broker's officers and/or agents except as described below.  Trustee is employing Broker to market and sell real property in other bankruptcy cases, subject to orders of the Court.  Broker intends to utilize two agents in marketing and selling the Real Property, namely Paul M. Stafford and Behnaz

Tavakoli.  Ms. Tavakoli was a chapter 7 debtor in a case assigned

case no. SV 98-19900-KL for which Trustee was appointed the

permanent chapter 7 trustee.  Trustee administered the case and

an order closing the case was entered on August 22, 2000.

Trustee has no other connection with Ms. Tavakoli.

9.   To the best of Trustee's knowledge, Broker represents

no other entity in connection with this matter, and has no

connection or financial interest in or with Debtor, the creditors

of the Estate, or any other party in interest and neither

represents nor holds any interest adverse to the interest of the

Estate with respect to the matters on which Broker is to be

employed.

10.   A declaration by Broker's agent Paul M. Stafford on

behalf of Broker attesting that Broker is a disinterested person

and holds no adverse interests or relationships is attached

hereto as Exhibit A and incorporated herein by reference.

11.   On April 7, 2014, Trustee caused the Notice of

Application By Nancy Hoffmeier Zamora, Chapter 7 Trustee, For

Approval To Employ Rodeo Realty, Inc. as Real Estate Broker (the

"Notice") to be served on the Office of the United States

Trustee, Debtor, Debtor's counsel, all creditors, and other

interested parties.  Trustee will file the Notice with the Court.

A true and correct copy of the Notice is attached hereto as

Exhibit D and incorporated herein by reference.

12.   When and if Trustee has offers of sale for the Real

Property which Trustee considers fit for submission to the Court

for approval, Trustee will file and serve on all creditors and

other interested parties respective motions for (a) approval of

1  said offers of sale (pursuant to 11 U.S.C. § 363) and (b)

2  approval of compensation to Broker (pursuant to 11 U.S.C. § 330)

3  to be paid out of escrow for sale of the respective Real

4  Property.

5       13.  Trustee proposes that Broker be employed effective

6  retroactively to the date of the Listing Agreement, April 7,

7  2014, to allow Broker to be compensated for any sale that may

8  result from Broker's efforts before this Application could be

9  approved.

10      WHEREFORE, Trustee prays that the Court order and approve

11  Trustee's employment of Broker as set forth in the proposed order

12  lodged herewith based on the terms and conditions set forth in

13  this Application.

14  Dated:  April 7, 2014

15

16

17                          Nancy Hoffmeier Zamora
                            Chapter 7 Trustee
18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT  A

## BROKER'S DECLARATION OF DISINTERESTEDNESS

I, Paul M. Stafford, declare as follows:

1.    I am a licensed real estate professional employed by Rodeo Realty, Inc. ("Broker") and authorized by Broker to make this declaration on behalf of Broker.  All facts stated herein are known by me to be true and I could and would competently testify thereto in a court of law if called upon to do so.  All capitalized terms used herein have the meanings ascribed to them in the application to employ real estate broker (the "Application") to which this declaration is attached unless otherwise defined herein.

2.    Trustee has requested Broker to act as the real estate broker to secure potential buyers for the Real Property, pursuant to and under the terms of the Listing Agreements, true and correct copies of which are attached as Exhibit C to the Application.

3.    Broker has been active in the real estate market in and around Los Angeles County and Ventura County, California and is familiar with real property values in the vicinity of the Real Property.  The respective listing prices of $2,499,000.00 for the Residential Property, $1,499,000.00 for the Rental Property, and $249,000.00 for the Vacant Land, are not less than the fair market values of the respective Real Property.

4.    Except as provided below, Broker is to be paid a commission of six percent (6%) of the gross sales price of the Residential Property and the Rental Property and a commission of ten percent (10&) of the gross sales price of the Vacant Land as

. . . . .

stated in the respective Listing Agreements, after approval by the Court on proper application.

5.    Broker understands that the Court may order said commissions paid by the escrow at the time of closing for the respective Real Property or at such later time as the Court may determine.  Said commissions are to include all necessary and reasonable expenses incurred by Broker.

6.    Broker has no other agreement with the Estate, Debtor, or Trustee concerning compensation except as disclosed in this declaration and the Application, including all exhibits thereto. Broker is not a prepetition creditor of the Estate and has no claim against the Estate except as may arise out of this engagement if approved by the Court.

7.    Broker and its agents, representatives, associates, salespersons, and other employees are all disinterested persons as defined in 11 U.S.C. § 101(14); have no connections with Debtor, creditors of the Estate, or Trustee nor with any of their respective attorneys or accountants except as disclosed in the Application to which this declaration is attached; do not hold or represent any position adverse to the Estate herein; are not principals in any proposed or prospective sale of the Real Property; and are not relatives nor employees of the United States Trustee or a bankruptcy judge.

8.    Broker has not represented, does not represent, and does not intend to represent any related debtors in a bankruptcy case pending in this or any other court.

9.    Broker is familiar with and agrees to abide by all applicable provisions of the United States Bankruptcy Code, the

1  Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy

2  Rules for the Central District of California.

3       Executed on April 7, 2014 at Calabasas, California.

4       I declare under penalty of perjury under the laws of the

5  United States that the foregoing is true and correct.

6

7

8                              _____

9                                   Paul M. Stafford

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT  B



## SOUTHERN CALIFORNIA REAL ESTATE BY RODEO REALTY

Founded and operated by Syd Leibovitch, who
envisioned a dynamic boutique brokerage
informed by expertise and driven by local area
knowledge. Rodeo Realty was created with a
specific purpose in mind: to create a real
estate firm with all the resources available to
the largest companies combined with the
hands-on ability and local area knowledge of
the neighborhood REALTOR®.  Headquartered
in Beverly Hills, Rodeo Realty has emerged as
one of the most transcendent forces in luxury



residential real estate. Being headquartered in Beverly Hills, has enabled Rodeo Realty to
remain "in touch" with the marketplace intricacies of each individual area, neighborhood and
street. Rodeo Realty is an exclusive fine estates brokerage, structured to cater to the luxury
market, providing buyers and sellers access to the world's finest properties.

Rodeo Realty stands today as one of the largest independent firms in the nation, yet still
maintains the luxury boutique brokerage feeling.  Rodeo Realty is committed to excellence,
and has earned a highly sought after reputation in the luxury real estate market sector.
Their ability to successfully identify and understand the needs of their clients, has
established Rodeo Realty as a leading industry authority worldwide in luxury real estate.  As

SIGN-UP FOR LISTING
NOTIFICATIONS

QUICK PROPERTY SEARCH

All Property Types

Minimum Price                Maximum Price

Beds            Baths            Sq Ft

SHOW HOMES

a premier luxury brokerage firm for over twenty five years, Rodeo Realty will continue to
redefine real estate service.

Rodeo Realty, Inc.
"The Elite Real Estate Firm"

Home    Rodeo Realty Listings    Communities    Market Reports    Agents    About Us    Offices    Media    International Marketing    Blog

Rodeo Realty, Inc
CalBRE Lic#00951359
Copyright 2006-2013

CAIMEIJU 采美居

Privacy Policy    Terms of Use    Careers    Contact Us    Sitemap    Agent Log-in



| | | |
|---|---|---|
| | All Southern CA Properties | |
| **RODEO REALTY** LOCAL EXPERTISE, GLOBAL PRESENCE | Worldwide Luxury Properties | |
| | 美国房子区权—〉房源 | |

Home    Rodeo Realty Listings    Communities    Market Reports    Agents    About Us    Offices    Media    International Marketing    Blog

Because of Rodeo Realty's expansive impact in the Southern California marketplace, we are able to offer the best services and provide the best tools and resources to market your property. Rodeo Realty has 11 sales offices and a corporate office all strategically located throughout Los Angeles. All of our offices are equipped with the cutting-edge technology and state-of-the-art communications to help market your home. Our experts use leading technology and advertising platforms to effectively market your property. With over 120 full-time employees company-wide, Rodeo Realty is always readily available to provide support for the more than 1,000 agents and brokers in Los Angeles. A specialized team this size of in-house support expert's truly set Rodeo Realty apart from all other residential brokerages.

## RODEO REALTY OFFICE LOCATIONS

**CONTACT US**

Comment

Send

### BEVERLY HILLS OFFICE



Manager: John P Gould
202 N. Canon Dr.
Beverly Hills, CA 90210
Phone: (310) 724-7100
Fax: (310) 724-7131

### BRENTWOOD OFFICE



Manager: Simon Pozirekides
11940 San Vicente Blvd, #100
Los Angeles, CA 90049
Phone: (310) 873-4100
Fax: (310) 873-4199

### CALABASAS OFFICE



Manager: Paul Stafford
23901 Calabasas Rd. #1050
Calabasas, CA 91302
Phone: (818) 222-7707
Fax: (818) 222-7872

### CORPORATE OFFICE



9171 Wilshire Boulevard, Suite 321
Beverly Hills, CA 90210
Phone: (310) 471-2600
Fax: (310) 471-3964

### ENCINO OFFICE



Manager: Cary Hoffman
17501 Ventura Blvd.
Encino, CA 91316
Phone: (818) 990-0454
Fax: (818) 990-0461

### NORTHRIDGE OFFICE



Manager: Teresa Todd
9338 Reseda Blvd. #102
Northridge, CA 91324
Phone: (818) 349-9997
Fax: (818) 349-0212

### PACIFIC PALISADES

### SHERMAN OAKS OFFICE

### STUDIO CITY OFFICE



Pacific Palisades, CA 90272
Phone: (310) 566-4400
Fax: (310) 566-4499



Manager: Jason Katzman
15300 Ventura Blvd #101
Sherman Oaks, CA 91403
Phone: (818) 986-7300
Fax: (818) 986-1066



Manager: Wendy Cox
12345 Ventura Blvd. #A
Studio City, CA 91604
Phone: (818) 761-7222
Fax: (818) 761-7277

### SUNSET STRIP OFFICE



Manager: Fred Henry
9200 Sunset Blvd. #200
West Hollywood, CA 90069
Phone: (310) 461-0400
Fax: (310) 461-0381

### WESTLAKE VILLAGE OFFICE



Manager: Demetra Kalivas
100 N. Westlake Blvd. #100A
Westlake Village, CA 91362
Phone: (805) 494-0449
Fax: (805) 494-0466

### WOODLAND HILLS OFFICE



Manager: Michael Weaver
21031 Ventura Blvd. #100
Woodland Hills, CA 91364
Phone: (818) 999-2030
Fax: (818) 999-0826

Home    Rodeo Realty Listings    Communities    Market Reports    Agents    About Us    Offices    Media    International Marketing    Blog

 RODEO REALTY

Rodeo Realty, Inc
CalBRE Lic#00951359
Copyright 2006-2013

 LUXURY

    

 PRESTIGE

CAIMEIJU 采美居

 SMARTpress

Privacy Policy    Terms of Use    Careers    Contact Us    Sitemap    Agent Log-in



RODEO REALTY
LOCAL EXPERTISE, GLOBAL PRESENCE

| All Southern CA Properties |
| Worldwide Luxury Properties |
| 美国房子区权——)房源 |

Home    Rodeo Realty Listings    Communities    Market Reports    Agents    About Us    Offices    Media    International Marketing    Blog

## PAUL STAFFORD OFFICE MANAGER CALABASAS

### REALTOR®— BRANCH MANAGER

#### RODEO REALTY - CALABASAS

Paul Stafford has worked in the California real estate industry in both sales and management for more than twenty years. Before coming to Rodeo Realty he was one of the principals of Bradbury Realtors and most recently was the general manager at a RE/MAX franchise where he was responsible for all transactional oversight as well as the escrow and lending divisions. Additionally, Stafford was in management at the Fred Sands and Jon Douglas Companies as well as Coldwell Banker.Paul Stafford was born in the United Kingdom and graduated from the College of Law at the University of London . He was in practice as a Solicitor with Messrs. Frere Cholmondeley & Company, Lincoln 's Inn Fields London WC2, and Avenue Foch in Paris , France .His vast litigation and work experience included The Beatles vs Alan Klein. This landmark transatlantic case is what brought Paul to the United States.Paul has also worked in television as an Executive Producer and was the Treasurer and Corporate Secretary for The Children's Television Workshop in New York, which was responsible for the creation of " Sesame Street " and "The Electric Company."Paul has contributed to his community in a variety of ways with a diverse and outstanding background that includes serving as director of the New York Urban League. Locally he has led fundraising efforts for The Pediatric Aids Foundation and the St Joseph Hospital cancer centre in Burbank . In 1979 Paul was nominated to President Carter's White House Committee on Children and Youth. He is also an Arbitrator for the California Association of Realtors. Paul enjoys utilizing his extensive experience in assisting agents through each transaction, so they may assure their clients the finest professional representation possible.

cell: (818) 800-0893

direct: (818) 222-7707

fax: (818) 222-7872

pauls@rodeore.com

CalBRE 00888562

Paul's Sold Properties







**Offered at $5,595,000**
Single Family Detached
1223 North Coast Highway
Laguna Beach, CA 92651
3BR/2BA 7,000 sq ft

**Offered at $5,595,000**
Multi-Family
1223 North Coast
Laguna Beach, CA 92651
BR/BA 7,000 sq ft

**Offered at $1,150,000**
Multi-Family
7062 Heil Avenue
Huntington Beach, CA 92647
BR/BA 4,442 sq ft



**Offered at $269,900**
Single Family Detached
8058 Mcnulty Avenue
Winnetka, CA 91306
3BR/2BA 1,575 sq ft

**Offered at $224,000**
Single Family Detached
19828 Saticoy Street
Winnetka, CA 91306
3BR/2BA 1,329 sq ft

VIEW ALL

Home    Rodeo Realty Listings    Communities    Market Reports    Agents    About Us    Offices    Media    International Marketing    Blog

RODEO REALTY

Rodeo Realty, Inc
CalBRE Lic#00951359
Copyright 2006-2013









CAIMEIJU 采美居

Privacy Policy    Terms of Use    Careers    Contact Us    Sitemap    Agent Log-in

## RODEO REALTY
### LOCAL EXPERTISE, GLOBAL PRESENCE

All Southern CA Properties

Worldwide Luxury Properties

美国房子図权—》房源

Home    Rodeo Realty Listings    Communities    Market Reports    Agents    About Us    Offices    Media    International Marketing    Blog



### BEHNAZ TAVAKOLI

#### REALTOR®

RODEO REALTY - CALABASAS

Behnaz Tavakoli began her real estate career in 1989.
Today, she has proudly built a reputation as one of the
most trusted names in the industry, specializing in
residential, commercial, and bankruptcy court properties.
Behnaz has established a successful working relationship
with the most distinguished US Bankruptcy Court Chapter
7 Trustee and is employed as her primary real estate
agent, contributing to well over 200 court sales and
settlements.In the summer of 2003, Behnaz appeared on
the hit reality television program, ?House Hunters

International? broadcast on the Home and Garden Television Network. The episode follows
Behnaz and her clients through the entire home-buying process from start to finish.Behnaz has
earned industry recognition as a consistent member of the 100% Club and has gone on to earn
the highly prestigious Platinum Award for Excellent Performance in 2005, 2006 and 2007."

cell: (818) 326-7760
direct: (818) 657-4607
fax: (818) 222-7872
behnaztavakoli@aol.com
CalBRE 01024710, CalBRE 01024710

### Behnaz's Sold Properties



**Offered at $1,200,000**
Single Family Detached
11770 Pacific Coast
Malibu, CA 90265
4BR/4BA 1,782 sq ft



**Offered at $999,000**
Single Family Detached
12654 Miranda Street
Valley Glen, CA 91607
6BR/9BA 5,219 sq ft



**Offered at $900,000**
Single Family Detached
525 Oak Tree Court
Simi Valley, CA 93065
4BR/5BA 4,103 sq ft



**Offered at $855,000**
Single Family Detached
1553 South Monte Viento Street
Malibu, CA 90265
4BR/4BA 4,329 sq ft



**Offered at $625,000**
Single Family Detached
5522 Nagle Avenue
Sherman Oaks, CA 91401
3BR/2BA 2,030 sq ft



**Offered at $619,000**
Single Family Detached
4729 Lemona Avenue
Sherman Oaks, CA 91403
2BR/2BA 1,423 sq ft



**Offered at $559,000**
Single Family Detached
7301 Pomelo Drive
West Hills, CA 91307
5BR/3BA 2,472 sq ft



**Offered at $559,000**
Single Family Detached
24331 Crestlawn Street
Woodland Hills, CA 91367
5BR/3BA 2,360 sq ft

**Offered at $555,000**
Single Family Detached
4369 Willow Glen Street
Calabasas, CA 91302
3BR/3BA 1,594 sq ft

VIEW ALL

Home    Rodeo Realty Listings    Communities    Market Reports    Agents    About Us    Offices    Media    International Marketing    Blog

RODEO REALTY    Rodeo Realty, Inc
CalBRE Lic#00951359
Copyright 2006-2013     LUXURY                
CAIMEIJU 采美居

Privacy Policy    Terms of Use    Careers    Contact Us    Sitemap    Agent Log-in

# EXHIBIT  C

## EXCLUSIVE AUTHORIZATION AND RIGHT TO SELL AGREEMENT

In consideration of the services of Rodeo Realty, Inc. ("Broker"), Chapter 7 Trustee Nancy Hoffmeier Zamora ("Seller") for the estate ("Estate") of Fay Abdi Sagati ("Debtor") in Case No. 1:14-bk-10982-MT hereby hires Broker as Seller's sole and exclusive agent, and hereby grants Broker the exclusive and irrevocable right to sell the subject property described below ("Residential Property"), upon the following terms and conditions, for the period commencing April 7, 2014 and terminating at 5:00 p.m. on October 7, 2014.

PROPERTY
ADDRESS:   7044 Dume Drive, Malibu, California 90265

COUNTY:   Los Angeles

STATE:   California

LIST
PRICE:   Two Million Four Hundred Ninety-Nine Thousand and No/100 Dollars ($2,499,000.00)

TERMS:   Cash, subject to approval by the United States Bankruptcy Court ("Bankruptcy Court"), notice, hearing and overbid

## TERMS AND CONDITIONS

1.   **AS IS CONDITION:**  The Residential Property is to be sold in an "AS IS" condition without representations or warranties of any kind.

2.   **COMMISSION:**  Seller agrees to compensate Broker by paying a commission of six percent (6%) of the gross sales price of the Residential Property upon close of escrow subject to Bankruptcy Court approval.  This commission shall be paid at the close of escrow in cash through escrow or, if there is no escrow, then upon transfer of the Residential Property to buyer, all subject to Bankruptcy Court approval.

3.   **PAYMENT:**  Payment of Broker commission is subject to Bankruptcy Court approval after notice to creditors of the Estate.

4.   **COMMISSIONABLE EVENTS:**  The above commission will be due and payable to Broker for services rendered if:  (a) the Residential Property is sold to a buyer whether by Broker, Seller, or anyone else except those parties identified in paragraph 16 herein during the term of this listing agreement ("Agreement"), or any extensions thereof; (b) any contract for sale of the Residential Property is made directly or indirectly by Seller during the term of this Agreement or extensions hereof; (c) within ninety (90) days after the expiration of this Agreement or any extensions hereof, if the Residential Property is sold or negotiations for the sale are commenced and consummated with any prospect

to whom the Broker had submitted the Residential Property during the term hereof of this Agreement or any extensions hereof, provided Broker has submitted the name of such prospect in writing to Seller within ten (10) days following the expiration of this Agreement or any extensions hereof. Said commission also will be due and payable to Broker in the event any accepted purchase contract procured by Broker, Seller, or anyone else, except those parties identified in paragraph 16 herein, is overbid.

5.   **SELLER'S DUTIES:**  Seller agrees to cooperate with Broker in effecting a sale of the Residential Property and to immediately notify and refer all inquiries to Broker.  All negotiations regarding the Residential Property are to be conducted by and through Broker, except for negotiations with Debtor and/or any insider, relative, and/or affiliate of Debtor.  Seller shall use her best efforts to make the Residential Property available for showing at reasonable times.

6.   **DUE DILIGENCE/MULTIPLE LISTING:**  In consideration of the execution of this Agreement, Broker hereby agrees to utilize due diligence and Broker's best efforts in fulfilling Broker's obligations hereunder.  Further, Broker agrees to immediately list the Residential Property with a multiple listing service.

7.   **SIGNAGE:**  Seller grants Broker the right to place Broker's usual signs on the Residential Property and the right to advertise the Residential Property at Broker's discretion, all at Broker's expense.

8.   **AUTHORIZATION:**  Each individual executing this Agreement hereby represents and warrants that he/she is authorized to execute and deliver this Agreement with the caveat that Seller's authorization is subject to Bankruptcy Court approval.

9.   **MATERIAL FACTS:**  The Seller is the chapter 7 trustee of the Estate and has not inspected the Residential Property. Seller makes no representations and/or warranties of any kind.  Seller agrees to disclose all material facts, conditions, or status of the Residential Property, to the extent of her or her agent's actual knowledge of any such facts or conditions.

10.   **TERMINABLE EVENTS AND RELEASE:**  To the extent that liens, claims of co-owners, other encumbrances against the Residential Property, or allowed homestead exemption(s), if any, make this sale infeasible or unprofitable for the Estate of Debtor, the Seller may at her option, terminate this Agreement and cancel any proposed sale under this Agreement.  Broker agrees to fully and completely release Seller.

Sagati/app.001

10.

11. **TERMINATION AND RELEASE**:  This Agreement shall terminate in the event that the Residential Property, for any reason, is no longer part of the Estate and subject to the Trustee's administration, and Broker agrees to fully and completely release Seller.

12. **EXEMPTION**:  Pursuant to California Civil Code section 1102.2(b), Seller is exempt from complying with the requirements of Article 1.5 of the California Civil Code sections 1102-1102.17 relating to disclosures upon transfer of residential real property.

13. **JURISDICTION**:  The United States Bankruptcy Court for the Central District of California shall have sole and exclusive jurisdiction over any disputes arising from this Agreement and shall approve the sale of the Residential Property.

14. **ATTORNEYS' FEES**:  Should it become necessary to litigate in order to enforce or interpret any of the terms contained in this Agreement, the prevailing party in such action shall be entitled to such reasonable attorneys' fees, costs and expenses as may be fixed by the Bankruptcy Court.

15. **ENTIRE AGREEMENT**:  This Agreement constitutes the entire agreement between Seller and Broker and supersedes all prior discussions, negotiations, and agreements, whether oral or written.  No amendment, alteration, or withdrawal of this Agreement shall be valid or binding unless made in writing and signed by both Seller and Broker.  Any purported oral amendment, modification, or withdrawal shall be void and of no effect whatsoever.

16. **EXCLUSIONS**:  None.

17. **MARKETING EXPENSES**:  Broker shall bear all expenses relating to the marketing of the Residential Property.

Seller hereby acknowledges receipt of a copy of this agreement.

AGREED AND ACCEPTED

BY: _____       BY: _____
Paul M. Stafford                  Nancy Hoffmeier Zamora
Rodeo Realty, Inc.                Chapter 7 Trustee
                                  Estate of Fay Abdi Sagati
                                  Case No. 1:14-bk-10982-MT

DATED: April 7, 2014              DATED:  April 7, 2014

Sagati/app.001                    11.

## EXCLUSIVE AUTHORIZATION AND RIGHT TO SELL AGREEMENT

In consideration of the services of Rodeo Realty, Inc. ("Broker"), Chapter 7 Trustee Nancy Hoffmeier Zamora ("Seller") for the estate ("Estate") of Fay Abdi Sagati ("Debtor") in Case No. 1:14-bk-10982-MT hereby hires Broker as Seller's sole and exclusive agent, and hereby grants Broker the exclusive and irrevocable right to sell the subject property described below ("Rental Property"), upon the following terms and conditions, for the period commencing April 7, 2014 and terminating at 5:00 p.m. on October 7, 2014.

PROPERTY
ADDRESS:    21641 Pacific Coast Highway, Malibu, California 90265

COUNTY:    Los Angeles

STATE:    California

LIST     One Million Four Hundred Ninety-Nine Thousand and
PRICE:   No/100 Dollars ($1,499,000.00)

TERMS:    Cash, subject to approval by the United States Bankruptcy Court ("Bankruptcy Court"), notice, hearing and overbid

## TERMS AND CONDITIONS

1. **AS IS CONDITION**:  The Rental Property is to be sold in an "AS IS" condition without representations or warranties of any kind.

2. **COMMISSION**:  Seller agrees to compensate Broker by paying a commission of six percent (6%) of the gross sales price of the Rental Property upon close of escrow subject to Bankruptcy Court approval.  This commission shall be paid at the close of escrow in cash through escrow or, if there is no escrow, then upon transfer of the Rental Property to buyer, all subject to Bankruptcy Court approval.

3. **PAYMENT**:  Payment of Broker commission is subject to Bankruptcy Court approval after notice to creditors of the Estate.

4. **COMMISSIONABLE EVENTS**:  The above commission will be due and payable to Broker for services rendered if:  (a) the Rental Property is sold to a buyer whether by Broker, Seller, or anyone else except those parties identified in paragraph 16 herein during the term of this listing agreement ("Agreement"), or any extensions thereof; (b) any contract for sale of the Rental Property is made directly or indirectly by Seller during the term of this Agreement or extensions hereof; (c) within ninety (90) days after the expiration of this Agreement or any extensions hereof, if the Rental Property is sold or negotiations for the sale are

commenced and consummated with any prospect to whom the
Broker had submitted the Rental Property during the term
hereof of this Agreement or any extensions hereof, provided
Broker has submitted the name of such prospect in writing to
Seller within ten (10) days following the expiration of this
Agreement or any extensions hereof.  Said commission also
will be due and payable to Broker in the event any accepted
purchase contract procured by Broker, Seller, or anyone
else, except those parties identified in paragraph 16
herein, is overbid.

5.  **SELLER'S DUTIES**:  Seller agrees to cooperate with Broker in
    effecting a sale of the Rental Property and to immediately
    notify and refer all inquiries to Broker.  All negotiations
    regarding the Rental Property are to be conducted by and
    through Broker, except for negotiations with Debtor and/or
    any insider, relative, and/or affiliate of Debtor.  Seller
    shall use her best efforts to make the Rental Property
    available for showing at reasonable times.

6.  **DUE DILIGENCE/MULTIPLE LISTING**:  In consideration of the
    execution of this Agreement, Broker hereby agrees to utilize
    due diligence and Broker's best efforts in fulfilling
    Broker's obligations hereunder.  Further, Broker agrees to
    immediately list the Rental Property with a multiple listing
    service.

7.  **SIGNAGE**:  Seller grants Broker the right to place Broker's
    usual signs on the Rental Property and the right to
    advertise the Rental Property at Broker's discretion, all at
    Broker's expense.

8.  **AUTHORIZATION**:  Each individual executing this Agreement
    hereby represents and warrants that he/she is authorized to
    execute and deliver this Agreement with the caveat that
    Seller's authorization is subject to Bankruptcy Court
    approval.

9.  **MATERIAL FACTS**:  The Seller is the chapter 7 trustee of the
    Estate and has not inspected the Rental Property.  Seller
    makes no representations and/or warranties of any kind.
    Seller agrees to disclose all material facts, conditions, or
    status of the Rental Property, to the extent of her or her
    agent's <u>actual knowledge</u> of any such facts or conditions.

10. **TERMINABLE EVENTS AND RELEASE**:  To the extent that liens,
    claims of co-owners, other encumbrances against the Rental
    Property, or allowed homestead exemption(s), if any, make
    this sale infeasible or unprofitable for the Estate of
    Debtor, the Seller may at her option, terminate this
    Agreement and cancel any proposed sale under this Agreement.
    Broker agrees to fully and completely release Seller.

11. **TERMINATION AND RELEASE**:  This Agreement shall terminate in
    the event that the Rental Property, for any reason, is no
    longer part of the Estate and subject to the Trustee's

administration, and Broker agrees to fully and completely release Seller.

12. **EXEMPTION:**  Pursuant to California Civil Code section 1102.2(b), Seller is exempt from complying with the requirements of Article 1.5 of the California Civil Code sections 1102-1102.17 relating to disclosures upon transfer of residential real property.

13. **JURISDICTION:**  The United States Bankruptcy Court for the Central District of California shall have sole and exclusive jurisdiction over any disputes arising from this Agreement and shall approve the sale of the Rental Property.

14. **ATTORNEYS' FEES:**  Should it become necessary to litigate in order to enforce or interpret any of the terms contained in this Agreement, the prevailing party in such action shall be entitled to such reasonable attorneys' fees, costs and expenses as may be fixed by the Bankruptcy Court.

15. **ENTIRE AGREEMENT:**  This Agreement constitutes the entire agreement between Seller and Broker and supersedes all prior discussions, negotiations, and agreements, whether oral or written.  No amendment, alteration, or withdrawal of this Agreement shall be valid or binding unless made in writing and signed by both Seller and Broker.  Any purported oral amendment, modification, or withdrawal shall be void and of no effect whatsoever.

16. **EXCLUSIONS:**  None.

17. **MARKETING EXPENSES:**  Broker shall bear all expenses relating to the marketing of the Rental Property.

Seller hereby acknowledges receipt of a copy of this agreement.

AGREED AND ACCEPTED

BY: _____
Paul M. Stafford
Rodeo Realty, Inc.

BY: _____
Nancy Hoffmeyer Zamora
Chapter 7 Trustee
Estate of Fay Abdi Sagati
Case No. 1:14-bk-10982-MT

DATED: April 7, 2014

DATED: April 7, 2014

Sagati/app.001

14.

## EXCLUSIVE AUTHORIZATION AND RIGHT TO SELL AGREEMENT

In consideration of the services of Rodeo Realty, Inc. ("Broker"), Chapter 7 Trustee Nancy Hoffmeier Zamora ("Seller") for the estate ("Estate") of Fay Abdi Sagati ("Debtor") in Case No. 1:14-bk-10982-MT hereby hires Broker as Seller's sole and exclusive agent, and hereby grants Broker the exclusive and irrevocable right to sell the subject property described below ("Vacant Land"), upon the following terms and conditions, for the period commencing April 7, 2014 and terminating at 5:00 p.m. on October 7, 2014.

| | |
|---|---|
| PROPERTY IDENTIFICATION: | Los Angeles County Assessor's Parcel Number 4452-024-002 in Malibu, California |
| COUNTY: | Los Angeles |
| STATE: | California |
| LIST PRICE: | Two Hundred Ninety-Nine Thousand and No/100 Dollars ($299,000.00) |
| TERMS: | Cash, subject to approval by the United States Bankruptcy Court ("Bankruptcy Court"), notice, hearing and overbid |

## TERMS AND CONDITIONS

1.  **AS IS CONDITION:** The Vacant Land is to be sold in an "AS IS" condition without representations or warranties of any kind.

2.  **COMMISSION:** Seller agrees to compensate Broker by paying a commission of ten percent (10%) of the gross sales price of the Vacant Land upon close of escrow subject to Bankruptcy Court approval. This commission shall be paid at the close of escrow in cash through escrow or, if there is no escrow, then upon transfer of the Vacant Land to buyer, all subject to Bankruptcy Court approval.

3.  **PAYMENT:** Payment of Broker commission is subject to Bankruptcy Court approval after notice to creditors of the Estate.

4.  **COMMISSIONABLE EVENTS:** The above commission will be due and payable to Broker for services rendered if: (a) the Vacant Land is sold to a buyer whether by Broker, Seller, or anyone else except those parties identified in paragraph 16 herein during the term of this listing agreement ("Agreement"), or any extensions thereof; (b) any contract for sale of the Vacant Land is made directly or indirectly by Seller during the term of this Agreement or extensions hereof; (c) within ninety (90) days after the expiration of this Agreement or any extensions hereof, if the Vacant Land is sold or negotiations for the sale are commenced and consummated with any prospect to whom the Broker had submitted the Vacant

Land during the term hereof of this Agreement or any extensions hereof, provided Broker has submitted the name of such prospect in writing to Seller within ten (10) days following the expiration of this Agreement or any extensions hereof. Said commission also will be due and payable to Broker in the event any accepted purchase contract procured by Broker, Seller, or anyone else, except those parties identified in paragraph 16 herein, is overbid.

5. **SELLER'S DUTIES**: Seller agrees to cooperate with Broker in effecting a sale of the Vacant Land and to immediately notify and refer all inquiries to Broker. All negotiations regarding the Vacant Land are to be conducted by and through Broker, except for negotiations with Debtor and/or any insider, relative, and/or affiliate of Debtor. Seller shall use her best efforts to make the Vacant Land available for showing at reasonable times.

6. **DUE DILIGENCE/MULTIPLE LISTING**: In consideration of the execution of this Agreement, Broker hereby agrees to utilize due diligence and Broker's best efforts in fulfilling Broker's obligations hereunder. Further, Broker agrees to immediately list the Vacant Land with a multiple listing service.

7. **SIGNAGE**: Seller grants Broker the right to place Broker's usual signs on the Vacant Land and the right to advertise the Vacant Land at Broker's discretion, all at Broker's expense.

8. **AUTHORIZATION**: Each individual executing this Agreement hereby represents and warrants that he/she is authorized to execute and deliver this Agreement with the caveat that Seller's authorization is subject to Bankruptcy Court approval.

9. **MATERIAL FACTS**: The Seller is the chapter 7 trustee of the Estate and has not inspected the Vacant Land. Seller makes no representations and/or warranties of any kind. Seller agrees to disclose all material facts, conditions, or status of the Vacant Land, to the extent of her or her agent's <u>actual knowledge</u> of any such facts or conditions.

10. **TERMINABLE EVENTS AND RELEASE**: To the extent that liens, claims of co-owners, other encumbrances against the Vacant Land, or allowed homestead exemption(s), if any, make this sale infeasible or unprofitable for the Estate of Debtor, the Seller may at her option, terminate this Agreement and cancel any proposed sale under this Agreement. Broker agrees to fully and completely release Seller.

11. **TERMINATION AND RELEASE**: This Agreement shall terminate in the event that the Vacant Land, for any reason, is no longer part of the Estate and subject to the Trustee's administration, and Broker agrees to fully and completely release Seller.

12. **EXEMPTION**:  Pursuant to California Civil Code section 1102.2(b), Seller is exempt from complying with the requirements of Article 1.5 of the California Civil Code sections 1102-1102.17 relating to disclosures upon transfer of residential real property.

13. **JURISDICTION**:  The United States Bankruptcy Court for the Central District of California shall have sole and exclusive jurisdiction over any disputes arising from this Agreement and shall approve the sale of the Vacant Land.

14. **ATTORNEYS' FEES**:  Should it become necessary to litigate in order to enforce or interpret any of the terms contained in this Agreement, the prevailing party in such action shall be entitled to such reasonable attorneys' fees, costs and expenses as may be fixed by the Bankruptcy Court.

15. **ENTIRE AGREEMENT**:  This Agreement constitutes the entire agreement between Seller and Broker and supersedes all prior discussions, negotiations, and agreements, whether oral or written.  No amendment, alteration, or withdrawal of this Agreement shall be valid or binding unless made in writing and signed by both Seller and Broker.  Any purported oral amendment, modification, or withdrawal shall be void and of no effect whatsoever.

16. **EXCLUSIONS**:  None.

17. **MARKETING EXPENSES**:  Broker shall bear all expenses relating to the marketing of the Vacant Land.

Seller hereby acknowledges receipt of a copy of this agreement.

**AGREED AND ACCEPTED**

BY: _____
Paul M. Stafford
Rodeo Realty, Inc.

BY: _____
Nancy Hoffmeyer Zamora
Chapter 7 Trustee
Estate of Fay Abdi Sagati
Case No. 1:14-bk-10982-MT

DATED: April 7, 2014

DATED:  April 7, 2014

# EXHIBIT  D

NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California    90071
(213) 488-9411    FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:14-bk-10982-MT |
| | ) |
| FAY ABDI SAGATI, | ) Chapter 7 |
| | ) |
| Debtor. | ) NOTICE OF APPLICATION BY |
| | ) NANCY HOFFMEIER ZAMORA, |
| | ) CHAPTER 7 TRUSTEE, FOR |
| | ) APPROVAL TO EMPLOY RODEO |
| | ) REALTY, INC. AS REAL |
| | ) ESTATE BROKER |
| | ) |
| | ) [No Hearing Required] |
| | ) |

PLEASE TAKE NOTICE that Nancy Hoffmeier Zamora, Chapter 7

Trustee ("Trustee") herein, is submitting to the Office of the

United States Trustee and filing with the United States

Bankruptcy Court an application (the "Application") to employ

Rodeo Realty, Inc. ("Broker") as real estate broker.  Broker is

being employed to sell certain residential real property,

commonly known as 7044 Dume Drive, Malibu, California 90265 (the

"Residential Property") and 21641 Pacific Coast Highway, Malibu,

California 90265 (the "Rental Property"), and certain undeveloped

real property identified as Los Angeles County Assessor's Parcel

Number 4452-024-002 and located in Malibu, California (the

"Vacant Land").

1.

After approval by the Court on proper application, Broker is to be paid a commission on the gross sales price of the Residential Property and the Rental Property, each calculated on the basis of six percent (6%) of the gross sales price from the proceeds of sale of the Residential Property and the Rental Property, respectively, and calculated on the basis of ten percent (10%) of the gross sales price from the proceeds of sale of the Vacant Land.

PLEASE TAKE FURTHER NOTICE that you can obtain a copy of the Application by contacting Cynthia Casas at the following address:

> Nancy Hoffmeier Zamora, Esq.
> Chapter 7 Trustee
> U.S. Bank Tower
> 633 West 5th Street, Suite 2600
> Los Angeles California  90071
> Telephone: (213) 488-9411
> Facsimile: (213) 488-9418

PLEASE TAKE FURTHER NOTICE that any response to the Application and a request for hearing thereon must conform to the requirements of Local Rules of Bankruptcy Procedure 9013-1(o)(1) and 9013-1(f)(1) and pursuant to Local Rule of Bankruptcy Procedure 2014-1(b)(3) must be filed with the Court and served upon Nancy Hoffmeier Zamora, Esq., Chapter 7 Trustee, U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, California 90071, and the Office of the United States Trustee no later than fourteen (14) days from the date of service of this notice.

Dated: April 7, 2014

Nancy Hoffmeier Zamora
Chapter 7 Trustee

Sagati/notice.001                    2.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 7,2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtor's Counsel: Eric Bensamochan, eric@bnpllp.com
Creditors' Counsel: Marc Andrews, Sandra.g.mcmasters@wellsfargo.com; John D. Schlotter, efcmail@aclawllp.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On April 7, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Fay A. Sagati, 7044 Dume Drive, Malibu, CA  90265
Trustee's CPA: Samuel R. Biggs, CPA, Biggs & Co., 3250 Ocean Park Boulevard, Suite 350, Santa Monica, CA 90405
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901Calabasas Road, Suite 1050 Calabasas, CA 91302
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 7, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 7, 2014 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Supplemental Service List for Notice

American Express
P.O. Box 3001
16 General Warren Blvd
Malvern, PA 19355

Bank Of America
Attn: Bankruptcy NC4-105-0314
P.O. Box 26012
Greensboro, NC 27410

Chase
P.O. Box 24696
Columbus, OH 43224

Chase Bank
P.O. Box 201347
Arlington, TX 76006

Citibank USA
Citicorp Credit Services/Attn:Centralize
P.O. Box 20507
Kansas City, MO 64195

Discover Fin Svcs LLC
P.O. Box 15316
Wilmington, DE 19850

Fst Nat Coll
610 Waltham Way
Sparks, NV 89434

JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Pennymac Loan Services
Attn: Bankruptcy
P.O. Box 514357
Los Angeles, CA 90051

Erik D. Margerum
Annestasia, Kendrick and Olivia Rivard
21641 Pacific Coast Highway
Malibu, CA 90265

Joseph Sagati
7044 Dume Drive
Malibu, CA 90265

Safeco Insurance
c/o Jonathan J. Dunn, Esq.
Salamird, Morrow, Tipane & Dunn P.C.
19200 Von Karman Ave., Suite 400
Irvine, CA 92612

Colonial Pacific Leasing Corp.
c/o Jennifer Witherell Crastz, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER; DECLARATION OF DISINTERESTEDNESS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 7, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtor's Counsel: Eric Bensamochan, eric@bnpllp.com
Creditors' Counsel: Marc Andrews, Sandra.g.mcmasters@wellsfargo.com; John D. Schlotter, efcmail@aclawllp.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On April 7, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Fay A. Sagati, 7044 Dume Drive, Malibu, CA  90265
Trustee's CPA: Samuel R. Biggs, CPA, Biggs & Co., 3250 Ocean Park Boulevard, Suite 350, Santa Monica, CA 90405
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901Calabasas Road, Suite 1050 Calabasas, CA 91302
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 7, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 7, 2014 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**