

FILED
APR 18 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| Re: | ) | Case No. 1:14-bk – 10982 - MT |
| Fay Abdi Sagati | ) | Chapter 7 |
| Debtor | ) | OBJECTION BY RAYMOND J. BISHOP |
| | ) | dba BISHOP ASSOCIATES |
| | ) | CA BROKER LICENSE #0171388 |
| | ) | TO EMPLOY RODEO REALTY, INC. |
| | ) | AS REAL ESTATE BROKER |

HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE

My name is Raymond J. Bishop and I am the owner of Bishop Associates Brokerage. I have been a licensed Real Estate Broker for 9 years, and previously served as Vice President with NAI Capital. Before Fay Sagati filed for Chapter 7 Bankruptcy, I obtained exclusive listings from Joseph and Fay Abdi Sagati to sell four properties they own in Malibu. I successfully sold one property and had submitted an offer to the lender

PennyMac for a short sale approval. PennyMac sent me a counter offer just prior to the time of the bankruptcy filing and after submitting this to the buyer they had instructed me to prepare a counter offer. All of the properties have debt to lenders greater than the existing market value. I undertook extensive negotiations with lenders for a short sale and have marketed the properties on the MLS as well as other sources, with considerable investment of time and resources. After filing the bankruptcy, the Trustee assigned to the case ordered Bishop Associates to remove the property from the MLS and asked the honorable court permission to hire another company instead of allowing my brokerage company to continue to sell the properties under our contract. This was done without notice nor consultation with Bishop Associates. I hereby submit my objection to this replacement and appeal to the Court that Bishop Associates is qualified and capable of marketing and selling the properties more efficiently than any new company. I have already established communications with the lenders and potential buyers and it will be in the best interest of all parties including creditors to allow my efforts to continue.

Dated April 18, 2014

Raymond J. Bishop

Bishop Associates